UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: )
)
_Claine_ ) Chapter 13
) Case No. 24-30643-EDK
Debtor(s) )
)

# MOTION AND AGREED ORDER TO EXTEND TIME FOR CHAPTER 13 TRUSTEE TO FILE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND EXEMPTIONS

David A. Mawhinney, the Standing Chapter 13 Trustee (the "Trustee") and the Debtor(s) hereby move that this Court extend the deadline for the Trustee to file an Objection to Confirmation of the Chapter 13 Plan and Exemptions to _March 31_, 20_25_.

As grounds therefore, the parties state the following:

1. The Debtor(s) will produce the following documents to the Trustee on or before _1/30_
   _____ Federal & State Tax Returns each year for the term of the Plan
   _Info on when motorcycles are paid in full_
   _____
   _____

2. The Debtor(s) shall file the following on or before _____, 20____.
   _____ Amended Plan        _____ DSO/Tax Affidavit
   _____ Amended Schedules _____
   _____ Other _____

3. In the event of a default on terms of this Motion and Order, it is agreed that upon the Trustee filing a Certificate of Non-Compliance, on seven (7) days notice to the Debtor(s) and Debtor's attorney, this case may be dismissed without further notice or hearing of the Court.

WHEREFORE, the Trustee and the Debtor request that the within Motion and Order be allowed.

_/s/_                                  _Gary Kornblum_
Chapter 13 Trustee                     Attorney for Debtor(s)   (With Permission)

SO ORDERED: _____
U.S. Bankruptcy Judge                           Dated